IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 24-cv-02025-RMR-TPO

NICOLE MARCHESE, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

LIFEPOINT BEHAVIORAL HEALTH SERVICES, LLC, a Delaware limited liability company,
SPRINGSTONE PHYSICIANS LLC, a Delaware limited liability company,
DENVER SPRINGS, LLC d/b/a Denver Springs d/b/a Denver Springs Changes, a Delaware
limited liability company,
DENVER SPRINGS PHYSICIAN GROUP, LLC, a Delaware limited liability company,

    Defendants.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' STIPULATION OF DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED: March 11, 2025.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge